UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DUNCAN J. McNEIL, III, ) | Case No. C07-1327-RSM |
| Petitioner, ) | |
| v. ) | |
| ROBERT J. PALMQUIST, ) | ORDER DISMISSING CASE |
| Respondent. ) | |

On August 27, 2007, petitioner Duncan T. McNeil filed an application to proceed *in forma pauperis* ("IFP") together with a proposed petition under 28 U.S.C. § 2241. Dkt. Nos. 1, 7, 9, 13. In September and October, 2007, he filed numerous proposed motions requesting various forms of injunctive relief. *See* Dkt. Nos. 5, 8, 10, 11, 12, 14. By order dated October 15, 2007, this Court denied petitioner's IFP application and directed that petitioner pay the applicable filing fee within thirty days, the failure of which might result in dismissal. Dkt. No. 17.

To date, petitioner has neither paid the applicable filing fee nor otherwise contacted the Court. Accordingly, the Court ORDERS as follows:

(1) Petitioner's proposed 28 U.S.C. § 2241 petition (Dkt. No. 1) is DENIED and his case is DISMISSED without prejudice.

ORDER DISMISSING CASE
PAGE – 1

01       (2)    The Clerk is directed to send a copy of this Order to petitioner and to the

02 Honorable James P. Donohue, United States Magistrate Judge.

03       DATED this 4th day of January, 2008.

                                              RICARDO S. MARTINEZ
                                              UNITED STATES DISTRICT JUDGE

12 Recommended for entry this
13 3rd day of January, 2008.

14 s/ JAMES P. DONOHUE
United States Magistrate Judge

ORDER DISMISSING CASE
PAGE – 2